U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAY 16 PM 3: 14

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:19-cr-74-1 |
| v. | ) |
| | ) |
| RUSSELL BIATHROW | ) |

### INDICTMENT

The Grand Jury charges:

On or about January 27, 2019, in the District of Vermont, the defendant, RUSSELL BIATHROW, knowingly possessed at least one matter which contains any visual depiction that had been produced using materials which had been shipped and transported by any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

(18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2))

A TRUE BILL

FOREPERSON

\_\_\_Christina E. Nolan\_\_\_ (BAM)
CHRISTINA E. NOLAN
United States Attorney

Burlington, Vermont
May 16, 2019